ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Jan-29 11:12:40
60CV-24-791
C06D17 : 3 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

CIVIL DIVISION

DELVIN HALE                                                          PLAINTIFFS

MONICA HALE                      Case No. CV_____

v.

Primary Residential Mortgage                          Defendant

COMES now, Plaintiffs, Delvin Hale & Monica Hale by Pro Se for its Complaint, states the following:

1. Plaintiff Delvin Hale is an individual and a resident of Scott Arkansas

2. Plaintiff Delvin Hale is "consumer" means an individual.

3. Plaintiff Monica Hale is an individual and a resident of Scott Arkansas

4. Plaintiff Monica Hale is "consumer" means an individual.

5. The Defendant Primary Residential Mortgage Inc operates at 1480 No 2200 West Suite 200 Salt Lake City, UT 84116

6. The Defendant Primary Residential Mortgage Inc (PRIMI) claims to be a nationwide, independent, full service residential mortgage banker that allegedly provides home loans to consumers or individuals.

7. The Defendant Primary Residential Mortgage has violated Arkansas Code 4-88-107(a)(1) knowingly making false representation no money or loan was or has been disbursed to the Plaintiff as per the agreement and

8. On January 10, 2022, a Uniform Promissory Note was signed by the alleged borrower Monica Hale in the amount of 362,598.00 (Principle) for the purchase of a home provides no consideration violating Arkansas Code 4-3-303

9. On January 10, 2022, the agreement signed by the Plaintiff Monica Hale included interest at 3.500% and terms regarding a maturity date the amount of the alleged money loaned from the Defendant Primary Residential Mortgage which violates Arkansas Code 4-57-105 given no loan or funds were ever disbursed or provided to the Plaintiff

10. The agreement Signed by the Plaintiff on January 10, 2022, violated Arkansas Code 4-57-109(c)(2)(B) failing to provide the appropriate font and border

11. The agreement presented by the Defendant Primary Residential Mortgage Inc on 1-10-22 violated Arkansas Code 5-37-210 by obtaining a signature by deception

12. On December 19, 2023, the Defendant Primary Residential Mortgage Inc was in possession of a tendered payment in accordance with Arkansas Code 4-3-603 in the amount of 362, 598.00 made from the Plaintiff per Arkansas Code 4-3-301 with an attachment to the Promissory Note and letter of instruction of how to apply the funds to the account for completion of assignment per Arkansas Code 4-58-105

13. Section 8 of the agreement signed on 1-10-22 by the Plaintiff concludes the statement "any one of us my be required to pay all of the amounts owed under this note"

14. The tracking for the payment tendered that was received by the Defendant on December 19, 2023 @ 11:48 am is 70220410000230398773.

15. The Defendant has violated Arkansas Code 28-73-1001(a) as a breach of trust therefor compensation is denied

16. The Defendant Primary Residential Mortgage Inc agreement is legally unenforceable lacking signatures claiming any liability under violating Arkansas Code 4-59-101

17. The Defendant Primary Residential Mortgage failed to provide in the agreement that funds were being held within the promissory note and that no loan or credit was ever provided which allows the Plaintiff to repudiate the agreement for fraud and misrepresentation

18. As of January 2024, no funds have been disbursed to the Plaintiff neither the Defendant Primary Residential Mortgage has provided proof "Credit" was provided in accordance with Arkansas Code 4-59-101(d)(2)(b)

19. The Defendant Primary Residential Mortgage has not returned or denied the payment tendered in good faith on 12-19-23 therefore the amount tendered is discharged under Arkansas Code 4-3-603

20. WHEREFORE, Plaintiff prays this court finds the Defendants to be in violation of Arkansas Code(s) 4-59-101, 4-59-101(d)(2)(b), 4- 3-603, 4-3-301, 4-58-105, 5-37-210, 4-58-105, 4-57-109(c)(2)(B), 4-88-107(a)(1) , Arkansas Code 28-73-1001(a) and for the following damages (1) $5000 in statutory damages which reflects violations of paragraphs (19) and (26), court cost and all other applicable fees including discharge of alleged balanced owed in the amount of 362.598 00

Respectfully submitted,

Delvin Hale

Monica Hale